# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

KEOSOUKSAVATH BOUNVIXAY, )
)
    Petitioner, )
)
v. )   Case No.: 4:19-cv-00328-KOB-JHE
)
KEVIN K. MCALEENEN, et al., )
)
    Respondents. )

## MEMORANDUM OPINION

On April 30, 2019, the magistrate judge entered a Report and Recommendation, (doc. 12), recommending that the petition for writ of habeas corpus be dismissed as moot. No one filed any objections filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. The court will enter a separate Order.

**DONE** and **ORDERED** this 16th day of May, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE